IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

    v.        Civil Action No. 15-mc-4

PAUL A. STROUSE,

    Respondent.

**Status Report and Request for Status Conference**

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Michael A. Carter, Assistant United States Attorney for said district, respectfully submits this status report and request for the Court to schedule a status conference.

In this matter, the United States seeks to enforce compliance with two IRS summonses issued to the respondent. By Order dated June 16, 2015, this Court ordered respondent to comply with the summonses by appearing before Internal Revenue Service Officer Kevin Blaha to provide documents as required by the summonses. *See* ECF # 10. The respondent thereafter provided Officer Blaha with a significant quantity of materials, including financial and business records. Officer Blaha is reviewing these materials to determine whether they provide all of the information sought by the summonses.

The United States requests that the Court schedule a status conference to permit the parties and the Court to determine any additional steps that may be appropriate to compel full compliance with the summonses. The United States requests that such a conference be

scheduled on or after July 27, 2015, in order to permit Officer Blaha to complete his evaluatation of the sufficiency of the materials provided by respondent. Of course, in the event that Officer Blaha determines that the materials provided are sufficient, the United States will so inform the Court and take appropriate steps to terminate this matter.

Dated this 10th day of July, 2015.

                JAMES L. SANTELLE
                United States Attorney

           By:  s/ Michael A. Carter

                MICHAEL A. CARTER
                Assistant United States Attorney
                Wisconsin Bar No. 1090041
                Attorneys for the Petitioner
                United States Attorney's Office
                Eastern District of Wisconsin
                517 East Wisconsin Avenue, Rm 530
                Milwaukee, WI  53202
                Telephone: (414) 297-4101
                Fax:  (414) 297-4394
                Email: Michael.A.Carter@usdoj.gov