IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Petitioner,

v.                                Civil Action No. 15-mc-4

PAUL A. STROUSE,

    Respondent.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

NOW COMES the United States of America, the petitioner herein, by its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Michael A. Carter, Assistant United States Attorney for said District, and respectfully notifies this Court that it is voluntarily dismissing this case pursuant to Federal Rule of Civil Procedure 41(a)(1). The respondent has submitted the information sought by the Internal Revenue Service ("IRS") summons. Accordingly, the United States no longer seeks the relief set forth in its petition.

Counsel hereby certifies that no supporting brief is filed herewith.

Dated this 31st day of July, 2015.

                                                                     JAMES L. SANTELLE
                                                                     United States Attorney

                             By:      s/ Michael A. Carter

                                                                     MICHAEL A. CARTER
                                                                     Assistant United States Attorney
                                                                     Wisconsin Bar No. 1090041
                                                                     Attorneys for Petitioner
                                                                     United States Attorney's Office
                                                                     Eastern District of Wisconsin

517 East Wisconsin Avenue, Rm 530
Milwaukee, WI 53202
Telephone: (414) 297-4101
Fax: (414) 297-4394
Email: Michael.A.Carter@usdoj.gov